SCAN FORM AND ATTACHMENTS

# RECORD OF FUNDS RECEIVED FOR DEPOSIT

## INTO REGISTRY ACCOUNT

TO:   1. *Intake Clerk* *

      2. *Case Administrator*

FROM: *Financial Administrator*

DATE: **10-11-11**

CASE NAME: **Dalton**

CASE NUMBER: **10-27749**

UC

Check Number **760726** in the amount of $ **1876.18** was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: **03412**      Intake Clerk's Initials **LK**

* *AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE FORWARD TO THE APPROPRIATE CASE ADMINISTRATOR.*

#4b-F

# OFFICE OF THE CHAPTER 13 TRUSTEE, W.D. PA

RONDA J. WINNECOUR, STANDING TRUSTEE
U.S. STEEL TOWER - SUITE 3250
600 GRANT STREET
PITTSBURGH, PA 15219
TELEPHONE: (412) 471-5566
FAX: (412) 471-5470

10/06/2011

| | | |
|---|---|---|
| John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>PIttsburgh, PA  15219 | OR | John J. Horner, Esquire<br>Clerk, US Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA  16501 |

Re: TENELL M. DALTON

Case No: 10-27749F

Dear Mr. Horner:

   I enclose herein a check which represents unclaimed monies in the Chapter 13 case reference above.
   These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

Financial Freedom Acquisition Llc
Pob 85400
Austin,TX 78708

CHECK NUMBER 760726       AMOUNT $1876.18

   The disbursement(s) was returned to the Trustee for the following reason:

Creditor returned funds.

   Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

/s/ Jackie Blough
Administrative Assistant
for Ronda J. Winnecour, Esq.
Chapter 13 Trustee

CC:BRYAN P KEENAN ESQ
TENELL M. DALTON

Financial Freedom Acquisition Llc