**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TENELL M. DALTON

Debtor(s)

Ronda J. Winnecour
        Movant
vs.
No Repondents.

Case No.:10-27749 JKF

Document No.:

### TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 10/29/2010 and confirmed on 02/28/2011. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 4,672.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 4,672.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 395.02 | |
|   Trustee Fee | 130.82 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 525.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 220.43 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX2;10 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 56.43 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXX-INT | | | | |
|   FINANCIAL FREEDOM ACQUISITION LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: X5099 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (RE)* | 2,323.68 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX9-10 | | | | |
|   CITY & SCHOOL DIST OF PITTSBURGH (RE)* | 393.05 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXX-INT | | | | |
|   CNAC FRMLY PM ACCEPTANCE INC | 11,585.15 | 0.00 | 2,269.98 | 2,269.98 |
|     Acct: XXX4118 | | | | |
| | | | | 2,269.98 |
| **Priority** | | | | |
|   BRYAN P KEENAN ESQ | 2,694.00 | 395.02 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TENELL M. DALTON | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Priority | | | | | |
| | CLERK, U S BANKRUPTCY COURT | 1,876.18 | 1,876.18 | 0.00 | 1,876.18 |
| | Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXX ADV | | | | |
| | | | | | 1,876.18 |
| Unsecured | | | | | |
| | RJM ACQUISITIONS LLC* | 510.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX3991 | | | | |
| | RJM ACQUISITIONS LLC* | 612.45 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX7052 | | | | |
| | NCO FINANCIAL SYSTEMS INC(*) ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX3328 | | | | |
| | ANDERSON FINANCIAL NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX6740 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX2572 | | | | |
| | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXX9643 | | | | |
| | NCO PORTFOLIO MANAGEMENT** | 186.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0956 | | | | |
| | JEFFREY HUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PALISADES ACQUISITION/PALISADES CLLCTN | 471.61 | 0.00 | 0.00 | 0.00 |
| | Acct: XXX1142 | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                  4,146.16

TOTAL CLAIMED
PRIORITY           1,876.18
SECURED           14,578.74
UNSECURED          1.780.06

**Wherefore** the trustee requests a final decree be entered which discharges the trustee and her surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

Date: 10/13/2011                                              /s/ Ronda J. Winnecour

                                                              Ronda J. Winnecour Pa. ID  #30399
                                                              Chapter 13 Trustee WD PA
                                                              Suite 3250 US Steel Tower
                                                              Pittsburgh, PA 15219
                                                              (412) 471-5566